# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ANTONIA MENDEZ MARIN,

*Plaintiff*

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

*Defendant*

Civil Action No. 4:15-CV-5105-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 17) is DENIED. Defendant's Motion for Summary Judgment (ECF No. 19) is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on Motions for Summary Judgment (ECF Nos. 17 and 19).

Date: December 30, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb